THE TYLER COMPANY, ET AL., PLAINTIFFS-PETITIONERS,
v. WALTER HANSEN, JR., ET AL., DEFENDANTS-RE-
SPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 N. J. Super. 309.

Mr. W. Louis Bossle for the petitioners.

Mr. Louis B. LeDuc for the respondents.

October 14, 1952. Denied.

CLARENCE W. THOMPSON, ET AL., PLAINTIFFS-PETI-
TIONERS, v. BOARD OF EDUCATION, CITY OF MILL-
VILLE, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 N. J. Super. 419.

Mr. Nathaniel Rogovoy for the petitioners.

Mr. Lawrence N. Park and Mr. M. Joseph Greenblatt for the respondent.

October 14, 1952. Granted.